In the Matter of the Judicial Settlement of the Account of Proceedings of CHARLES WENDEROTH and ALBERTINA HERSHBERGER, as Executors and Trustees, etc., of CHARLES HERSHBERGER, Deceased. JOSEPHINE HERSHBERGER, Appellant; CHARLES WENDEROTH, Respondent.— Decree of the Surrogate's Court of Queens county dismissing petition to set aside decree unanimously affirmed, with costs payable out of the estate to Charles Wenderoth, executor, and to the special guardian. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

JACKSON HEIGHTS INVESTING CORPORATION, Respondent, v. JAMES CONFORTI CONSTRUCTION Co., INC., Appellant, Respondent. M. E. CONRAN Co., INC., and Others, Defendants; QUEENSBORO CORPORATION, Respondent, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

PAULINE KRISSOFF, Appellant, v. SOUTH FOURTH AND HOOPER STREET REALTY COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MILDRED MANTELL, Respondent, v. CO-OPERATIVE FIRE INSURANCE COMPANY OF SULLIVAN AND ADJOINING COUNTIES, Appellant.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Order denying motion for change of venue affirmed, with ten dollars costs and disbursements. No opinion. Young, Rich, Kapper and Hagarty, JJ., concur.

GLADALYN RICHTER, an Infant, by LOTTIE RICHTER, Her Guardian ad Litem, Appellant, v. JOHN E. HALLAREN, Respondent.— Order dismissing complaint, and judgment entered thereon, reversed upon the law and the facts, and new trial granted, costs to abide the event. We are of opinion that upon the testimony presented by plaintiff a cause of action was made out requiring submission to the jury of the questions of plaintiff's contributory negligence and the negligence of defendant. Young, Lazansky, Hagarty, Seeger and Carswell, JJ., concur.

NATHAN SCHULMAN and Others, as Executors and Executrix, etc., of ISAAC SCHULMAN, Deceased, and NATHAN SCHULMAN, Individually, Appellants, v. MANBERG REALTY CORPORATION and Others, Defendants, and PEIRESA REALTY CORPORATION and EDWARD J. DALTON, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

HELEN SPENCE, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Judgment of the City Court of Yonkers reversed upon the law, and new trial ordered, costs to abide the event, for error in the reception of the checks at folio 103. Young, Kapper and Lazansky, JJ., concur; Manning, J., dissents.

FLORENCE M. THEOBALD, Respondent, v. GUSTAV THEOBALD, Appellant.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Order granting counsel fee and alimony *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Rich, Young, Kapper and Hagarty, JJ., concur.